No. 89—2485. Green v. Quackenboss. Appellee brought this action against appellants to recover for services as an architect, rendered by the former for the latter, at their special instance and request, and for commissions. There was a trial by jury, under the plea of non-assumpsit, a finding for the plaintiff, with damages assessed at $505, for which the court, overruling the defendants' motion for new trial, gave judgment, and the latter bring this appeal. The evidence upon some essential points was conflicting, but it·was clearly sufficient to support the verdict. Affirmed. Opinion PER CURIAM. Judge below, ROLLIN S. WILLIAMSON. Attorneys, for appellants, Messrs. CRATTY BROS. & ALDRICH; for appellee, Mr. JOHN M. GARTSIDE. Opinion filed Dec. 22, 1886.

No. 86—2482. Gray v. Fuller Electrical Co. This was an action of assumpsit, brought by Isaac H. Gray against the Fuller Electrical Company, to recover certain commissions upon a sale of electrical apparatus, alleged to have been made by the plaintiff as agent for the defendant. The trial was had before the court without a jury, resulting in a finding and judgment for the defendant. The bill of exceptions fails to show that any exception was taken to the finding or judgment, and therefore, upon well recognized rules of law, said finding can not be assigned for error, nor can the court look into the record to determine whether it is supported by the evidence or not. Martin v. Foulke, 114 Ill. 206; David M. Force Manufacturing Co. v. Horton, 74 Id. 310; Sherman v. Skinner, 83 Id. 584; Parsons v. Evans, 17 Id. 238; Nimmo v. Kuykendall, 85 Id. 476; Bills v. Stanton, 69 Id. 51; Village of Hyde Park v. Cornell, 4 Bradwell, 602; Duncan v. Chandler, 5 Id. 499. Affirmed. Opinion PER CURIAM. Judge below, JOSEPH E. GARY. Attorneys, for appellant, Mr SIDNEY C. EASTMAN; for appellee, Messrs. DOW & BURNHAM. Opinion filed Dec. 22, 1886.